

03/21/2013

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| Eugene M Hill | § | No.  12-40272 |
| Robin S Hill | § | Chapter 13 |
| | § | |
| PETITIONER(S) | § | |

**ORDER ON PETITIONER(S) OBJECTION TO THE CLAIM OF THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE BENEFIT OF CERTIFICATEHOLDERS OF THE CWALT 2004-J10 ITS SUCCESSORS AND ASSIGNS**

After notice having been given and Respondent having filed its Response stating that it had no objection to the relief sought

IT IS THEREFORE ORDERED THAT:

The Court sustains the Petitioners' objection and allows the claim to be paid at 0% interest.

Signed on 3/21/2013

_Brenda T. Rhoades_  MD

HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE